Case 1:22-cv-00534-WMR   Document 1-1   Filed 02/08/22   Page 1 of 7

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00092-S6**
**1/6/2022 2:03 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Joseph Song and Grace Song,
Individually and as the
natural guardians of
Elizabeth Song, a minor
PLAINTIFF

CIVIL ACTION NUMBER: 22-C-00092-S6

VS.

Costco Wholesale Corporation
c/o CT Corporation System
289 South Culver Street
Lawrenceville, GA 30046
DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Darl H. Champion, Jr., Esq.
The Champion Firm, P.C.
445 Franklin Gateway, S.E., Suite 100
Marietta, GA 30067

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of 6th day of January, 2022 , 20____.

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

**EXHIBIT A**

Case 1:22-cv-00534-WMR   Document 1-1   Filed 02/08/22   Page 2 of 7

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00092-S6**
**1/6/2022 2:03 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH SONG and GRACE SONG, Individually and as the natural guardians of ELIZABETH SONG, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and JANE DOE,<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>CIVIL ACTION   22-C-00092-S6<br>FILE NO. _____ |

## COMPLAINT FOR DAMAGES

Plaintiffs Joseph Song and Grace Song, Individually and as the natural guardians of their child Elizabeth Song, a minor, sue Defendants Costco Wholesale Corporation ("Costco") and Jane Doe, showing as follows:

### PRELIMINARY STATEMENT

1.

Plaintiffs Joseph Song and Grace Song bring this negligence action to recover the damages their minor child, Elizabeth Song, sustained when an employee of the Costco Wholesale Warehouse in Buford, Georgia, suddenly and without warning pulled the shopping cart that Elizabeth was in, causing her to lose her balance and fall. Defendant occupies, owns, and operates the subject Warehouse location and employs Jane Doe who caused Elizabeth's injuries. Defendants are liable to Plaintiffs for their negligence in injuring their child and in failing to keep the premises safe.

1

## PARTIES, JURISDICTION, AND VENUE

2.

Plaintiffs Joseph Song and Grace Song are over the age of 18 and reside in Gwinnett County, Georgia, at 633 White Street, Suwanee, GA 30024.

3.

Defendant Costco Wholesale Corporation is a foreign corporation authorized to do business in the State of Georgia with its registered agent designated as CT Corporation System, located at 289 South Culver Street, Lawrenceville, GA 30046. Defendant may be served at this address by leaving a copy of the Summons and Complaint with its registered agent, CT Corporation System. When service of process is made pursuant to O.C.G.A. § 9-11-4, Defendant shall be subject to the jurisdiction of this Court.

4.

Defendant Jane Doe is the Costco employee who injured Plaintiff at the subject Costco Wholesale Warehouse location in Buford, GA. Doe may be served with process as law allows.

5.

The negligent acts and omissions giving rise to this claim occurred at Defendant Costco's warehouse located at 1550 Mall of Georgia Boulevard, Buford, GA 30519 in Gwinnett County.

6.

The Court has subject matter jurisdiction over this civil action for damages arising from Defendants' negligence and personal jurisdiction over Defendants.

7.

Venue in this Court is proper pursuant to O.C.G.A. § 14-2-510(b)(1) & (3) because the cause of action originated in this county, and Defendant Costco maintains its registered office in this County and has an office and transacts business in this County.

## FACTS

8.

Plaintiffs reallege and incorporate by reference the foregoing paragraphs as if they were fully restated verbatim herein.

9.

At all relevant times, Defendant Costco occupied, owned, and operated the Costco Wholesale Warehouse at 1550 Mall of Georgia Boulevard, Buford, GA 30519 in Gwinnett County.

10.

On October 10, 2021, Plaintiffs Joseph Song and Grace Song were shopping at the Buford Costco Wholesale Warehouse.

11.

As Plaintiffs were checking out, a Costco employee suddenly and without warning pulled the shopping cart that Elizabeth Song was in, causing her to lose her balance and fall.

12.

As a direct and proximate result of Defendants' negligence, Elizabeth Song sustained serious physical injuries, pain and suffering, and mental and emotional distress. She underwent surgery for a supracondyle humerus fracture and has incurred medical expenses for treatment received for her injuries.

## PLAINTIFFS' NEGLIGENCE CLAIM AGAINST DEFENDANTS COSTCO WHOLESALE CORPORATION AND JANE DOE

13.

Plaintiffs reallege and incorporate by reference the foregoing paragraphs as if they were fully restated verbatim herein.

14.

Defendant Costco occupied, owned, and operated the premises where Elizabeth Song sustained her injuries.

15.

Elizabeth Song was an invitee on the premises.

16.

Defendants owed Elizabeth Song a duty to exercise ordinary care in keeping the premises safe and in not injuring her.

17.

Defendant Jane Doe breached that duty by failing to exercise ordinary care when she suddenly and without warning pulled the shopping cart that Elizabeth Song was in.

18.

Defendant Costco breached its duties by, among other things, failing to exercise ordinary care in training and supervising its employees including Defendant Jane Doe in not suddenly and unexpectedly moving its customers' carts when minors are inside. Defendant Costco further failed to promulgate and enforce rules to protect its minor customers.

19.

Defendants are liable for other negligent conduct as may be shown by the evidence at trial.

20.

Defendant Costco is vicariously liable for Defendant Jane Doe's negligence as Defendant Jane Doe was acting in the course and scope of her employment for Defendant Costco.

21.

Defendants' negligence directly and proximately caused Elizabeth Song's injuries and damages.

22.

As a direct and proximate result of Defendants' negligence, Elizabeth Song has sustained physical injuries, and has experienced pain, suffering, and mental and emotional distress. Additionally, Plaintiffs Joseph Song and Grace Song, as Elizabeth's parents, have incurred special damages, including medical expenses. As a result, Plaintiffs are entitled to an award of special and general damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs respectfully pray and demand as follows:

1. That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiffs' Complaint;

2. That service be had upon Defendants as provided by law;

3. That Plaintiffs recover for all medical expenses and all of the items of special damages in an amount to be proven at trial;

4. That Plaintiffs recover general damages in an amount to be proven at trial for Elizabeth Song's non-economic damages;

5. That Plaintiffs have a trial by a jury as to all issues;

6. That all costs be cast against Defendants; and

7. That Plaintiffs have such other and further relief as the Court may deem just and proper.

This 6th day of January, 2022.

                                    Respectfully submitted,

                                    **THE CHAMPION FIRM, P.C.**

By: /s/ Darl Champion
Darl H. Champion, Jr.
Georgia Bar No. 910007
Eric B. Funt
Georgia Bar No. 588961
*Attorneys for Plaintiffs*

445 Franklin Gateway SE
Suite 100
Marietta, GA 30067
(404) 596-8044 - phone
(404) 671-9347 fax
champ@thechampionfirm.com
eric@thechampionfirm.com

6